IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPINE-ETICS CHIROPRACTIC WELLNESS SERVICE, P.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FUNDING INC., a California corporation,<br><br>Defendants. | No. 14 Civ. 2349 (LDW)(GRB)<br><br><br><br>STIPULATION OF<br>VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE |

Plaintiff, on behalf of itself and all others similarly situated, by and through its undersigned counsel, hereby gives notice of its voluntary dismissal of the above action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
June 20, 2014

By: _____
Joseph A. Fitapelli

Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 23 2014 ★
LONG ISLAND OFFICE

SO ORDERED this 23rd day of June, 2014

_____
Hon. Leonard D. Wexler, U.S.D.J.